U.S. Department of Justice
United States Attorney

FILED IN CHAMBERS
U.S.D.C. Atlanta

JUL 28 2026

Kevin P. Weimer, Clerk
By: Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2021R00227)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME: Fulton

DISTRICT COURT NO. 1:26-CR-0328

UNDER SEAL

MAGISTRATE CASE NO.

X Indictment
DATE: July 28, 2026

Information
DATE:

Magistrate's Complaint
DATE:

UNITED STATES OF AMERICA
vs.
EDUARDO LUIS MORENO JR.

GREATER OFFENSE CHARGED: X Felony Misdemeanor

**Defendant Information:**

**Is the defendant in custody?** Yes X No
**Will the defendant be arrested pending outcome of this proceeding?** X Yes No
**Is the defendant a fugitive?** Yes X No
**Has the defendant been released on bond?** Yes X No

**Will the defendant require an interpreter?** Yes X No

District Judge:

Attorney: Jonell L. Lucca
Defense Attorney: